IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JAN 12 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:26cr4 |
| | Violations: 18 U.S.C. § 111(a)(1) |
| JAHQUAN BLACKWIN, | |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Assault of a Correctional Officer)

On or about October 25, 2025, in Monongalia County, in the Northern District of West Virginia, defendant **JAHQUAN BLACKWIN**, an inmate in the custody of the Bureau of Prisons at FPC Morgantown, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Section 1114 of Title 18 of the United States Code, namely B.M., a correctional officer employed with the Federal Bureau of Prisons, while said officer was engaged in the performance of official duties, and, in doing so made physical contact with B.M., in violation of Title 18, United States Code, Section 111(a)(1).

Digitally signed by ANDREW COGAR

MATTHEW L. HARVEY
United States Attorney

Andrew R. Cogar
Assistant United States Attorney